Not for Publication

**United States District Court
for the District of New Jersey**

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br>               *Plaintiff*, <br> v. <br> AVM ENTERPRISES, LLC, ASHESH PATEL, VIJAY PATEL, and MINESH PATEL, <br>               *Defendants*. | Civil No.: 13-4482 (KSH) <br><br> **Opinion and Order** |

**Katharine S. Hayden, U.S.D.J.**

      This matter comes before the Court upon plaintiff Super 8 Worldwide, Inc.'s ("Super 8") motion for entry of default judgment [D.E. 8] against defendants AVM Enterprises, LLC, Ashesh Patel, Vijay Patel and Minesh Patel ("Defendants"). The Court notes as follows:

- Default was entered against Defendants for failure to plead or otherwise defend on November 18, 2013 and Super 8 moved for entry of final judgment by default on January 28, 2014;
- Super 8's submission on the motion failed to adequately describe its efforts in serving Defendants via certified and ordinary mail, and the Court thereafter ordered Super 8 to file "documentation in support of their affidavits of diligence as to the attempted service upon the defaulting defendants, including return receipts, certified mail receipts, and/or any other relevant proofs." [D.E. 9];
- Super 8's supplemental certification and annexed exhibits, filed with the Court on March 25, 2014 [D.E. 10], were similarly deficient.

      Based on the foregoing, the Court denies the motion for entry of default judgment [D.E. 8] as deficient without prejudice to re-filing with the proper documentation.

**SO ORDERED** this 30th day of September, 2014.

                                                                      /s/ Katharine S. Hayden
                                                                      Katharine S. Hayden, U.S.D.J.